UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Veretta Strickland,                                  Case No.: 13cv2325 (JNE/SER)

                          Plaintiff,

v.                                                                    **REPORT &**
                                          **RECOMMENDATION**

Sun Country Airlines,
Minnesota Airlines,
Matthew Hoiness, and
John Fredrickson,

                          Defendants.
_____

      Plaintiff Veretta Strickland filed a Complaint on August 23, 2013 [Doc. No. 1]. Defendant has not responded to the Complaint. On March 11, 2014 the Court issued an Order instructing the Plaintiff to (1) Notify defendants who have not answered immediately that he/she is required to make an appearance or move for an extension of time to do so; (2) File an application for entry of default for those defendants who have not answered unless the required pleading is filed within 10 days; or (3) Advise the Court in writing of any good cause to the contrary [Doc. No. 6]. Plaintiff was also directed to provide proof of service for all defendants. Plaintiff failed to respond to the Court's Order within the 20 day deadline.

      On April 1, 2014 (well after the 20 day deadline), Plaintiff filed a Motion to Request an Extension of Time of 120 Days [Doc. No. 7]. This Court issued an Order on April 3, 2014 granting Plaintiff thirty (30) days from the date of its Order (or until May 3, 2014) to comply with the March 11, 2014 Order. Plaintiff failed to comply with that order.

1

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** due to lack of prosecution.

Dated: June 26, 2014
                *s/Steven E Rau*
                Steven E. Rau
                U.S. Magistrate Judge

Under D. Minn. LR 72.2(b), any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by **July 11, 2014,** a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable to the Court of Appeals.