UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Verretta Strickland,

      Plaintiff,

v.                                              No. 13-cv-2325 (JNE/SER)
                                                ORDER
Sun Country Airlines, Minnesota Airlines,
Matthew Hoiness, and John Fredrickson,

      Defendants.

This matter is before the Court on a Report and Recommendation, ECF No. 10, in which the United States Magistrate Judge recommends that this case be dismissed without prejudice due to the Plaintiff's failure to prosecute. No objections were filed, and the Court now adopts the Report and Recommendation.

Based on the files, records, and proceedings herein, and for the reasons discussed above, IT IS ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 28, 2014                                        s/Joan N. Ericksen
                                                               JOAN N. ERICKSEN
                                                               United States District Judge